IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAVID R. HINDLE,

        Plaintiff,

v.                      Case No. 14-2437-JTM

ZECK FORD, ET AL.,

        Defendants.

## MEMORANDUM AND ORDER

This matter is before the court on Plaintiff David R. Hindle's Motion to Proceed Without Prepayment of Fees (Dkt. 3). Plaintiff submitted an affidavit of financial status in support of his motion. The matter was considered by United States Magistrate Judge Teresa J. James (Dkt. 5), who filed a Report and Recommendation on October 1, 2014, suggesting plaintiff's motion be denied. Plaintiff did not file an objection to the Report and Recommendation with the court. Rather, plaintiff paid the filing fee on October 6, 2014. The court adopts Judge James's Report and Recommendation (Dkt. 5) in full.

IT IS ACCORDINGLY ORDERED this 20th day of October, 2014, that plaintiff's Motion to Proceed Without Prepayment of Fees is **DENIED**.

                                              s\J. Thomas Marten
                                              J. THOMAS MARTEN, CHIEF JUDGE